# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PABST BREWING COMPANY,**

> **Plaintiff,**

**v.**                                                    **Case No.  8:05-cv-1790-T-30MSS**

**ACE USA - ACE AMERICAN INSURANCE
COMPANY,**

> **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Joint Motion for Dismissal With Prejudice

(Dkt. #10) .  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.     Said Motion (Dkt. #10) is GRANTED.

    2.     This cause is dismissed with prejudice.

    3.     All pending motions are denied as moot.

    4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 11, 2006.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1790.dismissal 10.wpd